# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODION VASILEVSKII<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM; TODD LYONS; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT<br><br>Respondents | CIVIL ACTION No. 1:25cv02173-SLS<br><br>**MOTION FOR LEAVE OF ACCOMMODATION OF REMOTE CONNECTION BY ATTORNEY OF PETITIONER AT HEARING ON FEBRUARY 5, 2026** |

Attorney George Lambert, Esq., respectfully moves this honorable Court for leave to accommodate attending the hearing in this case scheduled on February 5, 2026, at 10 AM, remotely by Zoom, for the following reasons.

The undersigned has a previously set hearing on the same day, February 5, 2026, at 9:30 AM, by Zoom, in the 11th Judicial District for and in Miami-Dade County, case 2025-012857-CA-01, *David v. Olsen et al*., presided by The Hon. Cynamon, J.  The undersigned is stationed and resides in Florida, where he is also licensed, Fl. Bar 1022697.

In addition to the preexisting scheduling conflict, a round-trip flight from Miami to Washington, D.C. (lasting nearly 3 hours each way) will impose a substantial burden on the attorney, including financially.  The attorney does not anticipate being reimbursed by Petitioner for the air tickets and hotel accommodation.  Logistically, such a trip will require at least one day's stay.  The undersigned also has chronic medical issues (e.g., high blood pressure), making 6 hours on the plane about within one day or about difficult.  The notation is made that the undersigned has filed a Motion to Withdraw from representing Petitioner.

For these reasons, the undersigned moves this honorable court to allow the Zoom connection at the hearing on February 5, 2026, after his prior Zoom motion hearing in the State Court, which the undersigned anticipates to be short, and appear at 10 AM in this matter.

The undersigned apologizes for any inconvenience this accommodation request may cause, which is outside of the undersigned's control.

Pursuant to Local Rule 7(m), the undersigned has advised the Government's attorney of the forthcoming Motion for relief of accommodation and has received a response that the Government takes no position on that relief.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that the Court allow remote accommodation, appearance on February 5, at 10 AM, by Zoom.

Respectfully submitted,

Dated: February 2, 2026

/signed George Lambert/

George Lambert, Esq.,
DC bar #979327
The Lambert Law Firm Professional Corp.
1025 Connecticut Ave, # 1000 NW
Washington, D.C., 20036
Tel. (202) 640 1897, Fax (800) 852 1950
Attorney for Petitioner Rodion Vasilevskii

Copy mailed by USPS to:

Rodion Vasilevskii, c/o

Glades County Detention Center,

1297 FL-78, Moore Haven, FL 33471

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Motion was served on the counsel for the U.S. Department of Justice, in charge of the present matter of record, and a courtesy copy, as follows:

Alexa Perlmutter, Esq.
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
Ben Franklin Station, PO Box
Washington D.C.
Alexa.S.Perlmutter@usdoj.gov
E-mail address
(202) 532-4665

cc.: Ms. Natalia Krivovyaz,
by email

Dated: February 2, 2026

                                              Signed *George Lambert*